GARY M. RESTAINO
United States Attorney
District of Arizona

PATRICK E. CHAPMAN
Assistant United States Attorney
Arizona State Bar No. 025407
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Patrick.Chapman@usdoj.gov
Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 18 2024
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ________ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

1. Maurice Brooks,
2. Micah Lazaro,
3. Anthony Smith,

Defendants.

No. CR-24-2079-PHX-SPL (MTM)

**INDICTMENT**

VIO: 18 U.S.C. § 371
(Conspiracy)
Count 1

18 U.S.C. §§ 2113(a) and 2
(Bank Robbery, Aid and Abet)
Count 2

18 U.S.C. §§ 924(d) and 981,
21 U.S.C. §§ 853 and 881; and
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

**COUNT 1**

Between on or about October 29, 2024, and November 5, 2024, in the District of Arizona and elsewhere, Defendants MAURICE BROOKS, MICAH LAZARO, ANTHONY SMITH, and others known and unknown to the Grand Jury, did knowingly and intentionally agree, combine, and conspire to commit the offense of Bank Robbery, in violation of Title 18, United States Code, Section 2113(a).

**The Means and Method of the Conspiracy**

The means and method employed by Defendants MAURICE BROOKS, MICAH

LAZARO, ANTHONY SMITH, and co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

    a. Since at least July 2022, Defendants and others known and unknown to the Grand Jury have committed bank robbery of Automated Teller Machine (ATM) technicians in Arizona and elsewhere. Defendants and coconspirators employ a similar modus operandi each time and either surveil and follow ATM technicians to an ATM or cause a malfunction with the ATM causing the technicians to respond.

    b. At least two conspirators arrive at each ATM in a vehicle that is typically rented. When an ATM technician arrives at the ATM to perform service, Defendants and coconspirators wait for the technician to open the ATM. Then, through force, violence, and intimidation, Defendants and coconspirators steal cash cassettes from the open ATM and the technician's immediate presence.

    c. Defendants and coconspirators use various means to conceal vehicle identities, including using fictitious temporary license plates, license plates for other vehicles, stolen license plates, rental vehicles, and covering vehicle identification numbers.

    d. Defendants and coconspirators wear gloves, masks, and other clothing to hide their faces and identities.

**Overt Acts**

In furtherance of the conspiracy, and to effect the object of the conspiracy, Defendants and coconspirators committed, or caused to be committed, the following overt acts, among others, described below:

    a. On or about October 29, 2024, a coconspirator rented a gray 2025 Toyota Camry bearing Texas temporary license plate 6338L14. The vehicle was equipped with an operable dash camera.

    b. On or between November 4, 2024, and November 5, 2024, Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH drove the rented gray 2025 Toyota Camry from Texas to Arizona.

    c. On November 5, 2024, at approximately 6:37 a.m., Defendant MAURICE

BROOKS purchased a screwdriver at Home Depot located at 12434 N. Cave Creek Road in Phoenix, Arizona.

d. On November 5, 2024, just before 7 a.m., Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH stole consular license plate CJB0388 from a vehicle located at 1944 W. Thunderbird Road in Phoenix, Arizona. This location is less than five miles from the Home Depot where Defendant MAURICE BROOKS purchased the screwdriver.

e. On November 5, 2024, at approximately 8:51 a.m., Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH arrived at Bank of America located at 906 E. Baseline Road, Tempe, Arizona in the gray 2025 Toyota Camry.

f. At approximately 8:53 a.m., Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH pulled up to the first ATM and the driver, who was wearing black and neon gloves, inserted a card covered in glue or other sticky substance into the ATM to cause a malfunction.

g. At approximately 9:02 a.m., Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH pulled up to a second ATM and the driver inserted a card covered in glue or other sticky substance into the machine to cause a malfunction.

h. At 10:14 a.m., while two ATM service technicians were working on the malfunctioning machine, Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH pulled up next to the technicians.

i. Defendants MICAH LAZARO and ANTHONY SMITH exited the gray 2025 Toyota Camry wearing dark clothing, facial coverings or masks, and gloves while Defendant MAURICE BROOKS waited in the vehicle as the driver.

j. Defendants MICAH LAZARO and ANTHONY SMITH intimidated the technicians, causing them to move, before stealing six cash cassettes totaling $278,000 from the open ATM.

k. Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH

then fled the scene in the gray 2025 Toyota Camry, arriving at an apartment complex located at 4690 S. Lakeshore Drive, Tempe, Arizona approximately eight minutes later.

l. Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH emptied the cash cassettes into one or more backpacks and discarded the cassettes, consular license plate, and one glove into a nearby dumpster at 4690 S. Lakeshore Drive.

m. Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH parked the gray 2025 Toyota Camry in a parking spot at 4690 S. Lakeshore Drive before leaving the location.

All in violation of Title 18, United States Code, Section 371.

**COUNT 2**

On or about November 5, 2024, in the District of Arizona, Defendants MAURICE BROOKS, MICAH LAZARO, and ANTHONY SMITH by force, violence, and intimidation, did take from the person and presence of an ATM technician, money belonging to and in the care, custody, control, management, and possession of Bank of America, located at 906 E. Baseline Road, Tempe, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation (FDIC).

All in violation of Title 18, United States Code, Sections 2113(a) and 2.

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 and 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 and 2 of this Indictment, Defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the Defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of,

such offense as to which property the Defendants are liable, including, but not limited to, any property involved and used in the offense.

If any forfeitable property, as a result of any act or omission of the Defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/

FOREPERSON OF THE GRAND JURY
Date: December 18, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

s/

PATRICK E. CHAPMAN
Assistant U.S. Attorney